**Dismissed and Opinion Filed June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01492-CV

**SORAB MIRAKI, Appellant**
**V.**
**DALLAS COUNTY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX 13-30938**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated November 24, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated November 24, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated January 23, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant

had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5; 37.3(b); 42.3(b), (c).

1401492F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SORAB MIRAKI, Appellant

No. 05-14-01492-CV      V.

DALLAS COUNTY, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. TX 13-30938.
Opinion delivered by Justice Whitehill.
Justices Francis and Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DALLAS COUNTY recover its costs of this appeal from appellant SORAB MIRAKI.

Judgment entered June 8, 2015.